ABNER C. SKINNER, Respondent, v. WALLACE W.
WHEELER, Appellant.

*Trespasser — liability of.*

This action was brought to recover damages for certain timber and bark, cut
and removed by defendant from land of the plaintiff. After the timber and bark
had been cut and piled, a portion of it was removed by the defendant, and
the remainder was accidentally destroyed by fire. The court charged that the
plaintiff was entitled to recover the value of the timber and bark that had been
cut down, except the portion destroyed by fire. *Held*, that the charge was
correct. A trespasser from carelessness, and not from malice, is a wrong doer,
and he is liable for the value of trees cut and destroyed by him.*

*Quære* whether the defendant was not also liable for timber and bark which was
burned.

APPEAL from an order denying a motion for a new trial.

*T. F. Bush*, for the appellant.

*W. J. Groo*, for the respondent.

Opinion by BOARDMAN, J.

Present — MILLER, P. J., BOARDMAN and BOOKES, JJ.

Order affirmed, with costs.